# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of March, two thousand and sixteen,

_____

| | |
|---|---|
| Anderson News, L.L.C., | **ORDER** |
| | Docket Nos. 15-2714(L) |
| Plaintiff - Counter Defendant - Appellant - Cross Appellee, | 15-2889(XAP) |
| | 15-2894(XAP) |
| | 15-2903(XAP) |

Lloyd T. Whitaker, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C.,

       Plaintiff - Appellant,

v.

American Media, Inc., Time Inc., Hearst Communications, Inc.,

       Defendants - Counter Claimants - Appellees - Cross Appellants,

Bauer Publishing Co., LP., Curtis Circulation Company, Distribution Services, Inc., Hachette Filipacchi Media, U.S., Inc., Kable Distribution Services, Inc., Rodale, Inc., Time Warner Retail Sales & Marketing, Inc.,

       Defendants - Appellees,

Hudson News Distributors LLC, The News Group, LP,

       Defendants,

v.

Charles Anderson, Jr.,

       Counter Defendant - Cross-Appellee.

_____

      Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 9, 2016 as the brief filing date.

      It is HEREBY ORDERED that Appellant's brief must be filed on or before May 9, 2016. The appeal is dismissed effective May 9, 2016 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court