# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of March, two thousand and sixteen.

Before:       Christopher F. Droney,
                       *Circuit Judge.*
_____

Anderson News, L.L.C.,

Plaintiff - Counter Defendant - Appellant - Cross Appellee,

Lloyd T. Whitaker, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C.,

Plaintiff - Appellant,

v.

American Media, Inc., Time Inc., Hearst Communications, Inc.,

Defendants - Counter Claimants - Appellees - Cross Appellants,

Bauer Publishing Co., LP., Curtis Circulation Company, Distribution Services, Inc., Hachette Filipacchi Media, U.S., Inc., Kable Distribution Services, Inc., Rodale, Inc., Time Warner Retail Sales & Marketing, Inc.,

Defendants - Appellees,

v.

Charles Anderson, Jr.,

Counter Defendant - Cross-Appellee.
_____

**ORDER**

Docket Nos. 15-2714(L)
           15-2889(XAP)
           15-2894(XAP)
           15-2903(XAP)

      Appellant, Appellant-Cross-Appellee, and Cross-Appellee move for leave to file an oversized joint response and reply brief of up to 21,000 words. The motion is unopposed.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                                    For the Court:

                                    Catherine O'Hagan Wolfe,
                                    Clerk of Court

