# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

———————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of May, two thousand sixteen.

Before:     Susan L. Carney,
                    *Circuit Judge*.

———————————————————

| | |
|---|---|
| Anderson News, L.L.C., | **ORDER** |
| *Plaintiff - Counter Defendant - Appellant - Cross Appellee*, | Docket Nos. 15-2714(L) <br> 15-2889(XAP) <br> 15-2894(XAP) |
| Lloyd T. Whitaker, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C., | 15-2903(XAP) |
| *Plaintiff - Appellant*, | |
| v. | |
| American Media, Inc., Time Inc., Hearst Communications, Inc., | |
| *Defendants - Counter Claimants - Appellees - Cross Appellants*, | |
| Bauer Publishing Co., LP., *et al.*, | |
| *Defendants - Appellees*, | |
| v. | |
| Charles Anderson, Jr., | |
| *Counter Defendant - Cross-Appellee*. | |

———————————————————

Appellant, Appellant-Cross-Appellee, and Cross-Appellee move for leave to file their joint response-reply brief under seal.

IT IS HEREBY ORDERED that the motion is GRANTED. A redacted version of the brief must also be filed, pursuant to Local Rule 25.1(j)(2).

                                          For the Court:

                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

